STATE OF MINNESOTA *vs.* BERNT SANNERUD.

February 14, 1888.

Intoxicating Liquors — Indictment— Evidence.—Under an indictment charging the defendant with keeping open a licensed saloon on the Sabbath day, in the city of Minneapolis, the comptroller's record of licenses, showing that the particular place was licensed in the name of "Bert Samrud," is competent evidence tending to prove that the defendant was the licensee.

The defendant was tried and convicted in the district court for Hennepin county, before *Young,* J., and a jury, on an indictment for "the crime of keeping open on the Sabbath day a place where the sale of intoxicating liquors was licensed," and appeals from the judgment.

*Thomas Canty,* for appellant.

*Moses E. Clapp,* Attorney General, and *F. F. Davis,* for the State.

*By the Court.* Defendant makes the same assignments of error as in *State* v. *Peterson, ante,* p. 143, with the additional one that the name of the licensee of the place specified in the indictment, where it appears that the defendant was engaged in selling liquors at the

date in question, as disclosed by the records of the comptroller, was not that of the defendant. His name, it appears, was Bernt Sannerud, while the name entered was Bert Samrud. A clerical error of that kind might easily occur. But the resemblance was sufficiently clear, both in spelling and in sound, to warrant the reception of the evidence, in connection with the identification of the place and the defendant as the occupant. The evidence was properly received; and, in the absence of any countervailing proof, the verdict was warranted.

Judgment affirmed.